# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Ronald E. Snyder<br>Deborah M. Stehley-Snyder<br>               Debtors | BKY. NO. 18-70160 JAD<br><br>ADV. NO. 19-07006-JAD |
| Deborah M. Stehley-Snyder<br>               Plaintiff<br><br>    v.<br><br>Wilmington Savings Fund Society, FSB,<br>DBA Christiana Trust, not in its individual<br>capacity, but solely in its capacity as Owner<br>Trustee for WF 19 Grantor Trust<br><br>               Defendant | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust and index same on the master mailing list.

                                            Respectfully submitted,

                                            **/s/James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            Attorney I.D. No. 42524
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            412-430-3594
                                            jwarmbrodt@kmllawgroup.com