IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | Case No. 18-70160-JAD |
| Ronald E. Snyder | : | |
| Deborah M. Stehley-Snyder | : | |
| Debtors | : | |
| | : | |
| | : | Chapter 13 |
| _____: | | |
| Bayview Loan Servicing LLC | : | |
| Movant | : | |
| | : | Regarding Claim No. 15 |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING MONTHLY PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on **April 19th, 2019.**

The type of service made on the parties were electronic service and service via U.S. Mail.

EXECUTED ON: **April 19th, 2019**          Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
Law Offices of Richard G. Allen
P.O. Box 434, 43 West Market Street
Blairsville, PA 15717
(814) 240-1013 (P)
(814) 806-2754 (F)
richarda@johnstownbankruptcy.com

Attorney for Debtors

## MATRIX

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Mr Ronald Snyder and Ms. Deborah Stehly-Snyder
632 Sprankle Avenue
Altoona PA 16602-9302

Kevin Frankel, Esq.
Shapiro & DeNardo, L.L.C.
3600 Horizon Dr. Suite 150
King of Prussia, PA 19406