2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-70160-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Ronald E. Snyder<br>632 Sprankle Avenue<br>Altoona PA 16602 | Deborah M. Stehley-Snyder<br>632 Sprankle Avenue<br>Altoona PA 16602 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/23/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gable, FL 33146 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/25/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70160-JAD |
| Ronald E. Snyder | Chapter 13 |
| Deborah M. Stehley-Snyder | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: aala | Page 1 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14788839 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 24 2020 03:34:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| James Warmbrodt | on behalf of Defendant Wilmington Savings Fund Society  FSB bkgroup@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pabk@logs.com |
| Kristen D. Little | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pabk@logs.com, klittle@logs.com |

District/off: 0315-7 | User: aala | Page 2 of 2
Date Rcvd: Oct 23, 2020 | Form ID: trc | Total Noticed: 1

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu

Michael John Clark
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pabk@logs.com

Nicole Bernadette Labletta
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC Nlabletta@pincuslaw.com, brausch@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
    on behalf of Plaintiff Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com
    mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Debtor Ronald E. Snyder ecf@johnstownbankruptcy.com
    mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Joint Debtor Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com
    mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Plaintiff Ronald E. Snyder ecf@johnstownbankruptcy.com
    mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Defendant Santander Consumer  USA, Inc. ecfmail@mortoncraig.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 16