IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Ronald E. Snyder | : | Case No. 18-70160-JAD |
| Deborah M. Stehley-Snyder | : |  |
| Debtors | : |  |
|  | : |  |
|  | : | Chapter 13 |
| _____ | : |  |
| Bayview Loan Servicing LLC | : |  |
| Movant | : |  |
|  | : | Regarding Claim No. 15 |
|  | : |  |
| vs. | : |  |
|  | : |  |
| Ronda J. Winnecour, Esq. | : |  |
| Chapter 13 Trustee | : |  |
|  | : |  |
| Additional Respondent | : |  |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on **October 19th, 2020.**

The type of service made on the parties were electronic service and service via U.S. Mail.

EXECUTED ON: **November 7th, 2020**         Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
201 Penn Center Blvd., Ste 400
Pittsburgh, PA 15235
(412) 229-2107 (P)
(814) 806-2754 (F)
richarda@johnstownbankruptcy.com

Attorney for Debtors

**MATRIX**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Mr Ronald Snyder and Ms. Deborah Stehly-Snyder
632 Sprankle Avenue
Altoona PA 16602-9302


Michael J. Clark
Shapiro & DeNardo, L.L.C.
3600 Horizon Dr. Suite 150
King of Prussia, PA 19406