**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Ronald Snyder and** | : | |
| **Deborah Stehley-Snyder** | : | **Case No. 18-70160-JAD** |
| **Debtors** | : | |
| | : | **Chapter 13** |
| _____ | : | Related to |
| **Deborah Stehley-Snyder** | : | **Document No. 76** |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **Nason Medical Center LLC** | : | |
| **Respondent** | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

**ORDER TERMINATING WAGE ATTACHMENT**

Upon representation of the above-named Debtors, Ronald Snyder and Deborah Stehley-Snyder, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS, THEREFORE, ORDERED that the wage attachment currently in place with Nason Medical Center LLC, Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673, is hereby terminated.

IT IS FURTHER ORDERED that this Order supersedes any previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtors for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

DATED this _____9th_____ day of _____August_____, 2021.


_____
Jeffery A. Deller

*United States Bankruptcy Judge*




FILED
8/9/21 6:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 18-70160-JAD

Ronald E. Snyder                                                                      Chapter 13

Deborah M. Stehley-Snyder

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: lfin                                        Page 1 of 2

Date Rcvd: Aug 09, 2021                 Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald E. Snyder, Deborah M. Stehley-Snyder, 632 Sprankle Avenue, Altoona, PA 16602-9302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021                       Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| James Warmbrodt | on behalf of Defendant Wilmington Savings Fund Society  FSB bkgroup@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu |

Michael John Clark
                        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC mclark@squirelaw.com

Nicole Bernadette Labletta
                        on behalf of Creditor BAYVIEW LOAN SERVICING  LLC Nlabletta@pincuslaw.com, brausch@pincuslaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
                        on behalf of Plaintiff Ronald E. Snyder ecf@johnstownbankruptcy.com
                        mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
                        on behalf of Plaintiff Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com
                        mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
                        on behalf of Debtor Ronald E. Snyder ecf@johnstownbankruptcy.com
                        mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
                        on behalf of Joint Debtor Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com
                        mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

S. James Wallace
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
                        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
                        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
                        on behalf of Defendant Santander Consumer  USA, Inc. ecfmail@mortoncraig.com,
                        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 16