IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Ronald E. Snyder | : | Bankruptcy No. 18-70160-JAD |
| | Deborah M. Stehley-Snyder | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| | | : | Claim No.  15 |
| Movant | U.S. Bank Trust National Association | : | |
| | v. | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | : | | |
| No Respondent | : | | |

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:   U.S. Bank Trust National Association
   Incorrect Address:   Selene Finance, LP
                           9990 Richmond Ave.
                            Suite 400 South
                            Houston  TX  77042

Corrected Address:
   Creditor Name:   U.S. Bank Trust National Association
   Correct Address:   Selene Finance LP
                            Attn: BK Dept
                            3501 Olympus Blvd, Suite 500
                            Dallas, TX 75019

Dated June 6, 2022

                                                                      /s/ Charles G. Wohlrab
                                                    Electronic Signature of Debtor(s)' Attorney

                                                                           Charles G. Wohlrab, Esq.
                                                                                   Typed Name

                          10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA  30097
                                                                                               Address

                                                                              (470) 321-7112 Ext. 257
                                                                                             Phone No.

                                                                                         314532
                                                               Bar I.D. and State of Admission

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __June 6, 2022___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RONALD E. SNYDER
632 SPRANKLE AVENUE
ALTOONA, PA 16602

DEBORAH M. STEHLEY-SNYDER
632 SPRANKLE AVENUE
ALTOONA, PA 16602

And via electronic mail to:

RICHARD G. ALLEN
LAW OFFICES OF RICHARD G. ALLEN
P.O. BOX 401
DELMONT, PA 15626

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

UNITED STATES TRUSTEE
LIBERTY CENTER, SUITE 970
1001 LIBERTY AVENUE
PITTSBURGH, PA 15222

By: /s/ Angela Gill