# ECMC

P.O. Box 64909, St. Paul, MN 55164-0909    P 651-221-0566    www.ecmc.org

June 8, 2022

Clerk of U.S. Bankruptcy Court
Pennsylvania Western Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

RE: Deborah M. Stehley-Snyder
SSN: XXX-XX-8781
BANKRUPTCY CASE#: 18-70160-JAD

Dear Clerk:

Please withdraw claim #8 filed by Educational Credit Management Corporation (ECMC) in the amount of $14,612.77 filed on April 6, 2018. This debt has been approved for disability write off.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 221-0566 X 5509.

Sincerely,

*[signature]*

Debra Wilcoxson
Operations Specialist Senior
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408