# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PA

Chapter: 13
Case No: 1870160

In re: RONALD E. SNYDER
DEBORAH M. STEHLEY-SNYDER

Account Number: 2716

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 3 filed on 03/20/2018 in the amount of $381.07 .

On this date 10/13/2022.

By: /s/ Ciara M. Lawton
Ciara M. Lawton
Bankruptcy Representative
PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@prareceivables.com