**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/13/2022

IN RE:

RONALD E. SNYDER
DEBORAH M. STEHLEY-SNYDER
632 SPRANKLE AVENUE
ALTOONA,  PA  16602
XXX-XX-2746           Debtor(s)

XXX-XX-8781

Case No.18-70160 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/13/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2896 |
| **LOGS LEGAL GROUP LLP**<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX  75019 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: CL15GOV*PMT/DECL-CONF* 497/PL*DK4LMT*1ST/SCH*BGN 4/18*FR BAYVIEW-DO( | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5161 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number: 5  INT %: 5.50%<br>Court Claim Number: 5<br>CLAIM: 11,375.00<br>COMMENT: $-%/STIP OE-CONF~DK*10424@5.5%/PL@PMT/TEE*W/51 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6141 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SPECIALIZED LOAN SVCNG LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 13,478.49<br>COMMENT: AVD/STIP OE*148@LTCD/PL*TRNFR FR WILMINGTON DOC 33~W/D DOC 39*DK! | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2261 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: 0005~PNC~NCB/SCH*FR PNC/PHEAA-DOC 44* | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8781 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17102 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC~NCB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: 0001~PNC~NCB/SCH*FR PNC/PHEAA-DOC 42* | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8781 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17102 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC~NCB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8781 | CLAIM: 0.00<br>COMMENT: 0002~PNC~NCB/SCH*FR PNC/PHEAA-DOC 43* |
| **AMERICAN CREDIT BUREAU INC**<br>POB 4545<br>BOYNTON BEACH, FL 33424 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5329 | CLAIM: 0.00<br>COMMENT: NT ADR~HAND AND UPPER EX CNTR/SCH |
| **AMERICAN CREDIT BUREAU INC**<br>POB 4545<br>BOYNTON BEACH, FL 33424 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4544 | CLAIM: 0.00<br>COMMENT: NT ADR~HAND AND UPPER EX CNTR/SCH |
| **AUTOMOTIVE CREDIT CORPORATION**<br>26261 EVERGREEN RD<br>SOUTHFIELD, MI 48076 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9616 | CLAIM: 0.00<br>COMMENT: REPO/SCH |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2035 | CLAIM: 3,754.08<br>COMMENT: CAPITAL ONE |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4694 | CLAIM: 1,438.13<br>COMMENT: CAPITAL ONE |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4594 | CLAIM: 678.39<br>COMMENT: CAPITAL ONE |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4064 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~FASHBUG/SCH |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1109 | CLAIM: 0.00<br>COMMENT: NT ADR~LANE BRYANT/SCH |
| **CONVERGENT OUTSOURCING INCORP**<br>800 SW 39TH ST<br>RENTON, WA 98057 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9129 | CLAIM: 0.00<br>COMMENT: MIDLAND FUNDING/SCH |

| Creditor | Claim Info | Details |
|---|---|---|
| **CONVERGENT OUTSOURCING INCORP**<br>800 SW 39TH ST<br><br>RENTON, WA 98057 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7267 |
| **CREDIT ACCEPTANCE CORP\***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br><br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 15,650.11<br>COMMENT: REPO/SCH*DEFICIENCY*INSUFF POD*LOAN DTD 5/30/2017*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9894 |
| **CREDIT CONTROL COLLECTIONS++**<br>POB 72*<br><br>ALTOONA, PA 16603 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: KEYSTONE DERMATOLOGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2017 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 785.68<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5940 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:17-2<br><br>CLAIM: 14,908.82<br>COMMENT: 0002/SCH*GU BAR TIMELY*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8781 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **HAYT HAYT & LANDAU LLC**<br>123 S BROAD ST STE 1325<br><br>PHILADELPHIA, PA 19109 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FIRST AMERICAN ACCPTNC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: N260 |
| **LTD FINANCIAL SVCS++**<br>AKA LTD ACQUISITIONS LLC<br>7322 SOUTHWEST FREEWAY #1600<br><br>HOUSTON, TX 77074 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8605 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD 21236 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 1,101.82<br>COMMENT: 8218/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4983 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: WORLD FNCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2406 |

| Creditor | Claim Info | Status |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BARCLAYS BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3044 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HSBC NV/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8525 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WAMU/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6866 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  GEMB/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8863 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  0.00<br>COMMENT:  WFNB/SCH*COMENTITY/WOMAN WITHIN*CL3:$381.07~W/DRWN-DOC 87 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2716 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  GE CPLT~SYNC BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2470 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HSBC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5091 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HSBC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5497 |
| **PRESSLER FELT & WARSHAW LLP**<br>7 ENTIN RD<br><br>PARSIPPANY, NJ  07054-5020 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  GEMB/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3011 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  334.96<br>COMMENT:  CARE CREDIT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7956 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 654.41<br>COMMENT: SYNCHRONY BANK~SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0658 |
| **UNIVERSITY ORTHOPEDICS**<br>101 REGENT CT<br><br>STATE COLLEGE, PA 16801 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7757 |
| **VINCENT MORGAN MD**<br>205 TENNYSON AVE STE C<br><br>ALTOONA, PA 16602 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8464 |
| **FREDERIC I WEINBERG ESQ**<br>THE LAW OFCS OF FREDERIC I WEINBERG & AS<br>375 E ELM ST STE 210<br>CONSHOHOCKEN, PA 19428 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9616 |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6218 |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6217 |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6027 |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6034 |
| **CRYSTAL VAUGHN**<br>633 SOUTH LOGAN BLVD<br><br>ALTOONA, PA 16602 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 747.88<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5987 |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA\*\*** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 560284 | Court Claim Number:5 | ACCOUNT NO.:  6141 |
| | CLAIM:  3,429.39 | |
| DALLAS, TX  75356 | COMMENT:  UNS BAL AFT STIP OE~DK*NO GEN UNS/SCH*W/5 | |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELENE FINANCE LP | Court Claim Number:15 | ACCOUNT NO.:  5161 |
| ATTN BK DEPT | | |
| 3501 OLYMPUS BLVD STE 500 | CLAIM:  2,681.57 | |
| DALLAS, TX  75019 | COMMENT:  CL15 GOV*2500/PL*THRU 3/18*FR BAYVIEW-DOC 70*FR COMMUNITY LOAN-DOC 7! | |
| **WILLIAM E CRAIG ESQ** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| MORTON AND CRAIG | Court Claim Number: | ACCOUNT NO.: |
| 110 MARTER AVE STE 301 | | |
| | CLAIM:  0.00 | |
| MOORESTOWN, NJ  08057 | COMMENT:  SANTANDER/PRAE | |
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  SPECIALIZED~WILMINGTON~CHRISTIANA/PRAE | |
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  SPECIALIZED LN~WILMINGTON/PRAE | |
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:56  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  SPECIALIZED LN~WILMINGTON/PRAE | |