**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ronald E. Snyder**
**Deborah M. Stehley−Snyder**
  Debtor(s)

Bankruptcy Case No.: 18−70160−JAD
Related to Doc. #100
Chapter: 13
Docket No.: 101 − 100

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 28th of June, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/21/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/30/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/21/23.**


                                                              Jeffery A. Deller
                                                              United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-70160-JAD

Ronald E. Snyder     Chapter 13

Deborah M. Stehley-Snyder

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 28, 2023 | Form ID: 408 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald E. Snyder, Deborah M. Stehley-Snyder, 632 Sprankle Avenue, Altoona, PA 16602-9302 |
| 14788845 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14802973 | + | Frederic I. Weinberg, Esq., Law Offices of Frederic Weinberg/Assoc., 375 East Elm Street Suite 210, Conshohocken, PA 19428-1973 |
| 14871602 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14802982 | + | Vincent F. Morgan, MD, 205 Tennyson Ave. Ste C, Altoona, PA 16602-4171 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2023 00:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2023 00:30:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2023 00:28:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2023 00:28:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14802971 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Jun 29 2023 00:28:00 | Autovest, LLC, 26261 Evergreen Rd, Suite 390, Southfield, MI 4807 |
| 14788837 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2023 00:28:00 | Aes/pnc Natl City, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14788838 | + | Email/Text: bankruptcy@acbhq.com | Jun 29 2023 00:29:00 | American Credit Bureau, 2755 S Federal Hwy, Boynton Beach, FL 33435-7765 |
| 14788839 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 29 2023 00:28:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| 14788840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:39:43 | Capital One, Attn: General Correspondence/Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14788842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2023 00:29:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14788841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2023 00:29:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: 408 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15302652 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2023 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14802972 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 29 2023 00:36:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14788843 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2023 00:28:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14793475 | | Email/Text: mrdiscen@discover.com | Jun 29 2023 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14788844 | + | Email/Text: mrdiscen@discover.com | Jun 29 2023 00:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14975063 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2023 00:29:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14802975 | + | Email/Text: ebn@ltdfin.com | Jun 29 2023 00:29:00 | LTD Financial Services LP, 7322 SW Freeway Suite 1600, Houston, TX 77074-2134 |
| 14788846 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 29 2023 00:28:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14802976 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 00:29:00 | Midland Credit Management, Inc., 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14828473 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 00:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14803859 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2023 00:28:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14788847 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 00:38:41 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14794743 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 00:38:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14789748 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2023 00:54:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14802979 | | Email/Text: signed.order@pfwattorneys.com | Jun 29 2023 00:28:00 | Pressler and Pressler LP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14809813 | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2023 00:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14802977 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 00:54:04 | Portfolio Recovery Ass., 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14802978 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 00:54:16 | Portfolio Recovery Ass., 130 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14827170 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2023 00:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14788848 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2023 00:30:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14803698 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2023 00:30:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14883260 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2023 00:28:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14788849 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2023 00:28:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 14816869 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:54:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA |

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: 408 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 14788850 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:54:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14788851 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:54:24 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14802980 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 29 2023 00:37:00 | Transworld Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 15442061 | + | Email/Text: bkteam@selenefinance.com | Jun 29 2023 00:29:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14802981 | | Email/Text: skorman@uoc.com | Jun 29 2023 00:37:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |
| 15588454 | ^ | MEBN | Jun 29 2023 00:27:49 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 14802047 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2023 00:28:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14975073 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14975074 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14866640 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14802974 | ##+ | Hayt, Hayt & Landau, LLC, 123 S. Broad Street Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 3 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

Case 18-70160-JAD    Doc 102    Filed 06/30/23    Entered 07/01/23 00:27:19    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: 408 | Total Noticed: 47 |

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor US Bank Trust National Association cwohlrab@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

James Warmbrodt
    on behalf of Defendant Wilmington Savings Fund Society FSB bkgroup@kmllawgroup.com

Kevin Scott Frankel
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC kdlittleecf@gmail.com

Kristen D. Little
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC kdlittleecf@gmail.com

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu

Michael John Clark
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC mclark@squirelaw.com

Nicole Bernadette Labletta
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC Nlabletta@pincuslaw.com, brausch@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
    on behalf of Joint Debtor Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Plaintiff Ronald E. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Plaintiff Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Debtor Ronald E. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Defendant Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 18