**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RONALD E. SNYDER<br>DEBORAH M. STEHLEY-SNYDER<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-70160 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

June 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/09/2018 and confirmed on 5/24/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,165.64 |
| Less Refunds to Debtor | 555.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,610.06 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,699.57 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,199.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE | 0.00 | 31,176.31 | 0.00 | 31,176.31 |
|   Acct: 5161 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE | 2,681.57 | 2,681.57 | 0.00 | 2,681.57 |
|   Acct: 5161 | | | | |
| SANTANDER CONSUMER USA | 11,375.00 | 11,375.00 | 1,324.76 | 12,699.76 |
|   Acct: 6141 | | | | |
| | | | | 46,557.64 |
| **Priority** | | | | |
| RICHARD G ALLEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RONALD E. SNYDER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RONALD E. SNYDER | 555.58 | 555.58 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF RICHARD G ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RICHARD G ALLEN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 365.76 | 365.76 | 0.00 | 365.76 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXTION | | | | |
| | | | | 365.76 |
| **Unsecured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 13,478.49 | 1,384.91 | 0.00 | 1,384.91 |
|   Acct: 2223 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8781 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0004 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8781 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0003 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 8781 | | | | |
| | AMERICAN CREDIT BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5329 | | | | |
| | AMERICAN CREDIT BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4544 | | | | |
| | AUTOMOTIVE CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9616 | | | | |
| | MIDLAND FUNDING LLC | 3,754.08 | 385.73 | 0.00 | 385.73 |
| | Acct: 2035 | | | | |
| | MIDLAND FUNDING LLC | 1,438.13 | 147.77 | 0.00 | 147.77 |
| | Acct: 4694 | | | | |
| | MIDLAND FUNDING LLC | 678.39 | 69.70 | 0.00 | 69.70 |
| | Acct: 4594 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4064 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1109 | | | | |
| | CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9129 | | | | |
| | CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7267 | | | | |
| | CREDIT ACCEPTANCE CORP* | 15,650.11 | 1,608.05 | 0.00 | 1,608.05 |
| | Acct: 9894 | | | | |
| | CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2017 | | | | |
| | DISCOVER BANK(*) | 785.68 | 80.73 | 0.00 | 80.73 |
| | Acct: 5940 | | | | |
| | US DEPARTMENT OF EDUCATION++ | 14,908.82 | 1,166.12 | 0.00 | 1,166.12 |
| | Acct: 8781 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: N260 | | | | |
| | LTD FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8605 | | | | |
| | MARINER FINANCE LLC | 1,101.82 | 113.21 | 0.00 | 113.21 |
| | Acct: 4983 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2406 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3044 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8525 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6866 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8863 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2716 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2470 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5091 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5497 | | | | |
| | PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3011 | | | | |
| | SYNCHRONY BANK | 334.96 | 34.42 | 0.00 | 34.42 |
| | Acct: 7956 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 654.41 | 67.24 | 0.00 | 67.24 |

18-70160 JAD  Page 3 of 3

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0658 | | | | |
| UNIVERSITY ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7757 | | | | |
| VINCENT MORGAN MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8464 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 747.88 | 76.84 | 0.00 | 76.84 |
| Acct: 5987 | | | | |
| SANTANDER CONSUMER USA | 3,429.39 | 352.37 | 0.00 | 352.37 |
| Acct: 6141 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2896 | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CRYSTAL VAUGHN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9616 | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6218 | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6217 | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6027 | | | | |
| TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6034 | | | | |
| | | | | 5,487.09 |

TOTAL PAID TO CREDITORS                                    52,410.49

TOTAL CLAIMED
PRIORITY            365.76
SECURED          14,056.57
UNSECURED       56,962.16

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   RONALD E. SNYDER
   DEBORAH M. STEHLEY-SNYDER
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:18-70160 JAD

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-70160-JAD
Ronald E. Snyder     Chapter 13
Deborah M. Stehley-Snyder
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4
Date Rcvd: Jun 28, 2023     Form ID: pdf900     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald E. Snyder, Deborah M. Stehley-Snyder, 632 Sprankle Avenue, Altoona, PA 16602-9302 |
| 14788845 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14802973 | + | Frederic I. Weinberg, Esq., Law Offices of Frederic Weinberg/Assoc., 375 East Elm Street Suite 210, Conshohocken, PA 19428-1973 |
| 14871602 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14802982 | + | Vincent F. Morgan, MD, 205 Tennyson Ave. Ste C, Altoona, PA 16602-4171 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2023 00:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2023 00:30:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2023 00:28:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2023 00:28:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14802971 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Jun 29 2023 00:28:00 | Autovest, LLC, 26261 Evergreen Rd, Suite 390, Southfield, MI 4807 |
| 14788837 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2023 00:28:00 | Aes/pnc Natl City, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14788838 | + | Email/Text: bankruptcy@acbhq.com | Jun 29 2023 00:29:00 | American Credit Bureau, 2755 S Federal Hwy, Boynton Beach, FL 33435-7765 |
| 14788839 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 29 2023 00:28:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| 14788840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2023 00:39:47 | Capital One, Attn: General Correspondence/Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14788842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2023 00:29:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14788841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2023 00:29:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |

Case 18-70160-JAD    Doc 103    Filed 06/30/23    Entered 07/01/23 00:27:19    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15302652 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2023 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14802972 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 29 2023 00:36:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14788843 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2023 00:28:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14793475 | | Email/Text: mrdiscen@discover.com | Jun 29 2023 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14788844 | + | Email/Text: mrdiscen@discover.com | Jun 29 2023 00:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14975063 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2023 00:29:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14802975 | + | Email/Text: ebn@ltdfin.com | Jun 29 2023 00:29:00 | LTD Financial Services LP, 7322 SW Freeway Suite 1600, Houston, TX 77074-2134 |
| 14788846 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 29 2023 00:28:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14802976 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 00:29:00 | Midland Credit Management, Inc., 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14828473 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 00:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14803859 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2023 00:28:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14788847 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 00:55:06 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14794743 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 00:39:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14789748 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2023 00:39:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14802979 | | Email/Text: signed.order@pfwattorneys.com | Jun 29 2023 00:28:00 | Pressler and Pressler LP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14809813 | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2023 00:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14802977 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 00:38:41 | Portfolio Recovery Ass., 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14802978 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2023 01:50:59 | Portfolio Recovery Ass., 130 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14827170 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2023 00:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14788848 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2023 00:30:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14803698 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2023 00:30:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14883260 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2023 00:28:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14788849 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2023 00:28:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 14816869 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 01:40:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA |

Case 18-70160-JAD   Doc 103   Filed 06/30/23   Entered 07/01/23 00:27:19   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 14788850 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:54:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14788851 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 00:38:19 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14802980 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 29 2023 00:37:00 | Transworld Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 15442061 | + | Email/Text: bkteam@selenefinance.com | Jun 29 2023 00:29:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14802981 | | Email/Text: skorman@uoc.com | Jun 29 2023 00:37:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |
| 15588454 | ^ | MEBN | Jun 29 2023 00:27:51 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 14802047 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2023 00:28:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14975073 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14975074 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14866640 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14802974 | ##+ | Hayt, Hayt & Landau, LLC, 123 S. Broad Street Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 3 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 47 |

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor US Bank Trust National Association cwohlrab@raslg.com cwohlrab@ecf.courtdrive.com

James Warmbrodt
    on behalf of Defendant Wilmington Savings Fund Society FSB bkgroup@kmllawgroup.com

Kevin Scott Frankel
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC kdlittleecf@gmail.com

Kristen D. Little
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC kdlittleecf@gmail.com

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu

Michael John Clark
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC mclark@squirelaw.com

Nicole Bernadette Labletta
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC Nlabletta@pincuslaw.com, brausch@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
    on behalf of Joint Debtor Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Plaintiff Ronald E. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Plaintiff Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Debtor Ronald E. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Defendant Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 18