| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Ronald E. Snyder** | | Social Security number or ITIN | xxx–xx–2746 |
| | First Name    Middle Name    Last Name | | EIN    __–_____ | |
| Debtor 2 (Spouse, if filing) | **Deborah M. Stehley–Snyder** | | Social Security number or ITIN | xxx–xx–8781 |
| | First Name    Middle Name    Last Name | | EIN    __–_____ | |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | | |
| Case number: | 18–70160–JAD | | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald E. Snyder                    Deborah M. Stehley–Snyder

<u>8/22/23</u>                    **By the court:** <u>Jeffery A. Deller</u>
                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 18-70160-JAD

Ronald E. Snyder                                                                    Chapter 13

Deborah M. Stehley-Snyder

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: auto                                    Page 1 of 5

Date Rcvd: Aug 22, 2023                  Form ID: 3180W                          Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald E. Snyder, Deborah M. Stehley-Snyder, 632 Sprankle Avenue, Altoona, PA 16602-9302 |
| 14788845 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14802973 | + | Frederic I. Weinberg, Esq., Law Offices of Frederic Weinberg/Assoc., 375 East Elm Street Suite 210, Conshohocken, PA 19428-1973 |
| 14871602 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14802982 | + | Vincent F. Morgan, MD, 205 Tennyson Ave. Ste C, Altoona, PA 16602-4171 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 23 2023 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 23 2023 03:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 22 2023 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2023 23:42:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 22 2023 23:41:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 22 2023 23:41:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14802971 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Aug 22 2023 23:41:00 | Autovest, LLC, 26261 Evergreen Rd, Suite 390, Southfield, MI 4807 |
| 14788837 | + | Email/Text: bncnotifications@pheaa.org | Aug 22 2023 23:41:00 | Aes/pnc Natl City, P.O. Box 61047, Harrisburg, |

District/off: 0315-7                    User: auto                    Page 2 of 5

Date Rcvd: Aug 22, 2023                 Form ID: 3180W                 Total Noticed: 49

PA 17106-1047

| | | | |
|---|---|---|---|
| 14788838 | + Email/Text: bankruptcy@acbhq.com | Aug 22 2023 23:41:00 | American Credit Bureau, 2755 S Federal Hwy, Boynton Beach, FL 33435-7765 |
| 14788839 | + EDI: LCIBAYLN | Aug 23 2023 03:30:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| 14788840 | + EDI: CAPITALONE.COM | Aug 23 2023 03:30:00 | Capital One, Attn: General Correspondence/Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14788842 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14788841 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 15302652 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2023 23:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14802972 | + EDI: CONVERGENT.COM | Aug 23 2023 03:30:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14788843 | + Email/Text: ebnnotifications@creditacceptance.com | Aug 22 2023 23:41:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14793475 | EDI: DISCOVER.COM | Aug 23 2023 03:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14788844 | + EDI: DISCOVER.COM | Aug 23 2023 03:30:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14975063 | Email/Text: ECMCBKNotices@ecmc.org | Aug 22 2023 23:42:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14802975 | + EDI: LTDFINANCIAL.COM | Aug 23 2023 03:30:00 | LTD Financial Services LP, 7322 SW Freeway Suite 1600, Houston, TX 77074-2134 |
| 14788846 | + Email/Text: bankruptcy@marinerfinance.com | Aug 22 2023 23:41:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14802976 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Credit Management, Inc., 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14828473 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14803859 | + Email/Text: bncnotifications@pheaa.org | Aug 22 2023 23:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14788847 | EDI: PRA.COM | Aug 23 2023 03:30:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14794743 | EDI: PRA.COM | Aug 23 2023 03:30:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14789748 | + EDI: RECOVERYCORP.COM | Aug 23 2023 03:30:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14802979 | Email/Text: signed.order@pfwattorneys.com | Aug 22 2023 23:41:00 | Pressler and Pressler LP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14809813 | + Email/Text: ebnpeoples@grblaw.com | Aug 22 2023 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14802977 | + EDI: PRA.COM | Aug 23 2023 03:30:00 | Portfolio Recovery Ass., 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14802978 | + EDI: PRA.COM | Aug 23 2023 03:30:00 | Portfolio Recovery Ass., 130 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14827170 | EDI: Q3G.COM | | |

District/off: 0315-7       User: auto       Page 3 of 5

Date Rcvd: Aug 22, 2023       Form ID: 3180W       Total Noticed: 49

| | | | | |
|---|---|---|---|---|
| | | | Aug 23 2023 03:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14788848 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Aug 22 2023 23:42:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14803698 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Aug 22 2023 23:42:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14883260 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Aug 22 2023 23:41:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14788849 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Aug 22 2023 23:41:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 14816869 | + | EDI: RMSC.COM | | |
| | | | Aug 23 2023 03:30:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14788850 | + | EDI: RMSC.COM | | |
| | | | Aug 23 2023 03:30:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14788851 | + | EDI: RMSC.COM | | |
| | | | Aug 23 2023 03:30:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14802980 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Aug 22 2023 23:42:00 | Transworld Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 15442061 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Aug 22 2023 23:41:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14802981 | | Email/Text: skorman@uoc.com | | |
| | | | Aug 22 2023 23:42:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |
| 15588454 | ^ | MEBN | | |
| | | | Aug 23 2023 09:51:09 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 14802047 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Aug 22 2023 23:41:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14975073 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14975074 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14866640 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14802974 | ##+ | Hayt, Hayt & Landau, LLC, 123 S. Broad Street Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 3 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0315-7                          User: auto                          Page 4 of 5
Date Rcvd: Aug 22, 2023                       Form ID: 3180W                       Total Noticed: 49

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor US Bank Trust National Association cwohlrab@ecf.courtdrive.com  cwohlrab@ecf.courtdrive.com |
| James Warmbrodt | on behalf of Defendant Wilmington Savings Fund Society  FSB bkgroup@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC KRLITTLE@FIRSTAM.COM |
| Kristen D. Little | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC KRLITTLE@FIRSTAM.COM |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu |
| Michael John Clark | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC mclark@squirelaw.com |
| Nicole Bernadette Labletta | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC Nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Joint Debtor Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Plaintiff Ronald E. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Plaintiff Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Debtor Ronald E. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Defendant Santander Consumer  USA, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

District/off: 0315-7
Date Rcvd: Aug 22, 2023

User: auto

Form ID: 3180W

Total Noticed: 49

TOTAL: 18