IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RONALD E. SNYDER
DEBORAH M. STEHLEY-SNYDER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-70160 JAD

Chapter 13

Related to ECF No. 100

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 22nd day of August, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/22/23 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 18-70160-JAD
Ronald E. Snyder                                                                                 Chapter 13
Deborah M. Stehley-Snyder
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                    User: auto                  Page 1 of 4
Date Rcvd: Aug 22, 2023            Form ID: pdf900              Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald E. Snyder, Deborah M. Stehley-Snyder, 632 Sprankle Avenue, Altoona, PA 16602-9302 |
| 14788845 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14802973 | + | Frederic I. Weinberg, Esq., Law Offices of Frederic Weinberg/Assoc., 375 East Elm Street Suite 210, Conshohocken, PA 19428-1973 |
| 14871602 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14802982 | + | Vincent F. Morgan, MD, 205 Tennyson Ave. Ste C, Altoona, PA 16602-4171 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 22 2023 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2023 23:42:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 22 2023 23:41:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 22 2023 23:41:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14802971 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Aug 22 2023 23:41:00 | Autovest, LLC, 26261 Evergreen Rd, Suite 390, Southfield, MI 4807 |
| 14788837 | + | Email/Text: bncnotifications@pheaa.org | Aug 22 2023 23:41:00 | Aes/pnc Natl City, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14788838 | + | Email/Text: bankruptcy@acbhq.com | Aug 22 2023 23:41:00 | American Credit Bureau, 2755 S Federal Hwy, Boynton Beach, FL 33435-7765 |
| 14788839 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 22 2023 23:41:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| 14788840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2023 23:48:39 | Capital One, Attn: General Correspondence/Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14788842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2023 23:41:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14788841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2023 23:41:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15302652 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2023 23:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14802972 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 22 2023 23:42:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14788843 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 22 2023 23:41:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14793475 | | Email/Text: mrdiscen@discover.com | Aug 22 2023 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14788844 | + | Email/Text: mrdiscen@discover.com | Aug 22 2023 23:41:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14975063 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 22 2023 23:42:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14802975 | + | Email/Text: ebn@ltdfin.com | Aug 22 2023 23:41:00 | LTD Financial Services LP, 7322 SW Freeway Suite 1600, Houston, TX 77074-2134 |
| 14788846 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 22 2023 23:41:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14802976 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Credit Management, Inc., 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14828473 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14803859 | + | Email/Text: bncnotifications@pheaa.org | Aug 22 2023 23:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14788847 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2023 00:00:34 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14794743 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2023 23:48:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14789748 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 22 2023 23:48:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14802979 | | Email/Text: signed.order@pfwattorneys.com | Aug 22 2023 23:41:00 | Pressler and Pressler LP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14809813 | + | Email/Text: ebnpeoples@grblaw.com | Aug 22 2023 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14802977 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2023 00:00:37 | Portfolio Recovery Ass., 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14802978 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2023 00:00:32 | Portfolio Recovery Ass., 130 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14827170 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2023 23:42:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14788848 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2023 23:42:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14803698 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2023 23:42:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14883260 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 22 2023 23:41:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14788849 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 22 2023 23:41:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 14816869 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2023 23:48:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 14788850 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2023 00:00:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14788851 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2023 23:49:39 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14802980 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 22 2023 23:42:00 | Transworld Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 15442061 | + | Email/Text: bkteam@selenefinance.com | Aug 22 2023 23:41:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14802981 | | Email/Text: skorman@uoc.com | Aug 22 2023 23:42:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |
| 15588454 | ^ | MEBN | Aug 23 2023 09:51:10 | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 14802047 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 22 2023 23:41:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14975073 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14975074 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14866640 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14802974 | ##+ | Hayt, Hayt & Landau, LLC, 123 S. Broad Street Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 3 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

District/off: 0315-7 User: auto Page 4 of 4
Date Rcvd: Aug 22, 2023 Form ID: pdf900 Total Noticed: 47

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor US Bank Trust National Association cwohlrab@ecf.courtdrive.com cwohlrab@ecf.courtdrive.com |
| James Warmbrodt | on behalf of Defendant Wilmington Savings Fund Society FSB bkgroup@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor BAYVIEW LOAN SERVICING LLC pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor BAYVIEW LOAN SERVICING LLC KRLITTLE@FIRSTAM.COM |
| Kristen D. Little | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC KRLITTLE@FIRSTAM.COM |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Michael John Clark | on behalf of Creditor BAYVIEW LOAN SERVICING LLC mclark@squirelaw.com |
| Nicole Bernadette Labletta | on behalf of Creditor BAYVIEW LOAN SERVICING LLC Nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Joint Debtor Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Plaintiff Ronald E. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Plaintiff Deborah M. Stehley-Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Debtor Ronald E. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Defendant Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 18